

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2023

No. 04-23-00913-CR

Tiny **MACKEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR6733
Honorable Christine Del Prado, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 8, 2023.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2023.

Michael A. Cruz, Clerk of Court